993 F.2d 877
 Hill (Alvira J.) Executrix of Estate of Hill (James O.)
v.
GAF Corp., Raymark Industries, Inc., Keene Corp., Eagle
Picher Industries, Inc., Owens-Illinois, Inc., Garlock Inc.,
Owens-Corning Fiberglas Corp., Fiberboard Corp., Flexitallic
Gasket Co., Foster Wheeler Corp., Anchor Packing Co., Kaiser
Aluminum & Chemical Corp., A Best Products Corp., North
American Refractories Co., General Refractories v. John
Manville Asbestos Disease Compensation Fund
 NO. 92-3535
 United States Court of Appeals,
Third Circuit.
 Apr 06, 1993
 
 Appeal From: W.D.Pa.,
 Standish, J.
 
 
 1
 AFFIRMED.